**REQUIRED STATEMENT
TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY**

All Cases: Debtor(s) _____Brucando L Ford & Tracy Ford_____ Case No. __20 B 12173__ Chapter __7__

All Cases: Moving Creditor __Santander Consumer USA Inc. (Chrysler Capital)__ Date Case Filed __6/9/20__

Nature of Relief Sought: ☑ Lift Stay    ☐ Annul Stay    ☐ Other (describe) _____

Chapter 13: Date of Confirmation Hearing _____ or Date Plan Confirmed _____

Chapter 7: ☐ No-Asset Report Filed on _____
☑ No-Asset Report not Filed, Date of Creditors Meeting _____7/13/20_____

1. Collateral
   a. ☐ Home
   b. ☑ Car   Year, Make, and Model _____2012 Cadillac SRX_____
   c. ☐ Other (describe)_____

2. Balance Owed as of Petition Date   $ _____18,234.29_____
   Total of all other Liens against Collateral $_____

3. In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.

4. Estimated Value of Collateral (must be supplied in *all* cases)   $ _____12,050.00_____

5. Default
   a. ☑ Pre-Petition Default
      Number of months __2__    Amount $ _____1,239.00_____

   b. ☑ Post-Petition Default
      i. ☑ On direct payments to the moving creditor
         Number of months __1__    Amount $ _____619.50_____

      ii. ☐ On payments to the Standing Chapter 13 Trustee
         Number of months _____    Amount $ _____

6. Other Allegations
   a. ☑ Lack of Adequate Protection § 362(d)(1)
      i. ☑ No insurance
      ii. ☐ Taxes unpaid    Amount $ _____
      iii. ☑ Rapidly depreciating asset
      iv. ☐ Other (describe) _____

   b. ☑ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)

   c. ☑ Other "Cause" § 362(d)(1)
      i. ☐ Bad Faith (describe)_____
      ii. ☐ Multiple Filings
      iii. ☑ Other (describe) _____vehicle impounded for mechanics lien 4/6/20_____

   d. Debtor's Statement of Intention regarding the Collateral
      i. ☐ Reaffirm    ii ☐ Redeem    iii. ☐ Surrender    iv. ☐ No Statement of Intention Filed

Date: _____7/7/20_____                    _____/s/ Cari A. Kauffman_____
                                                             Counsel for Movant

(Rev. 12 /21/09)